**FILED**

APR 25 2024

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

# United States District Court
### Eastern District of North Carolina
### Western Division

**Case No.** 5:24-CT-3097-M

(To be filled out by Clerk's Office only)

RAYMONDo Christopher Acuna

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

Inmate Number 53913-177

-against-

L.T. M. JASTAL

OFFICER FINLEY

_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

**COMPLAINT**

*(Pro Se* Prisoner)

Jury Demand?
☒ Yes
☐ No

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Case 5:24-ct-03097-M-RJ    Document 1    Filed 04/25/24    Page 1 of 10

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☐    42 U.S.C. § 1983 (state, county, or municipal defendants)

☑    Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

☐    Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

## II. PLAINTIFF INFORMATION

RAYMONDO CHRISTOPHER ACUNA
**Name**

53913-177
**Prisoner ID #**

FCI BUTNER MEDIUM 1
**Place of Detention**

P.O. Box 1000
**Institutional Address**

North Carolina

Butner      N.C.      27509
**City**      **State**      **Zip Code**

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐    Pretrial detainee    ☐ State    ☑ Federal

☐    Civilly committed detainee

☐    Immigration detainee

☐    Convicted and sentenced state prisoner

☑    Convicted and sentenced federal prisoner

## IV.  DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1:  L.T. JASTAL.
Name

Leatenant (L.T)
Current Job Title

P.O. Box 1000 ~~Box~~
Current Work Address          North Carolina

Butner              N.C.          27509
City                State        Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

Defendant 2:  OFFICER FINLEY
Name

Correctional oFFICER
Current Job Title

Po. Box 1000
Current Work Address

Butner      North Carolina    27509
City          State        Zip Code

Capacity in which being sued: ☒ Individual ☐ Official ☐ Both

## Defendant(s) Continued

Defendant 3:     N/A
_____
Name

_____
Current Job Title

_____
Current Work Address

_____
City                              State                    Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

Defendant 4:     N/A
_____
Name

_____
Current Job Title

_____
Current Work Address

_____
City                              State                    Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

## V. STATEMENT OF CLAIM

Place(s) of occurrence: FCI 1 MEDIUM Butner North Carolina 27509

Date(s) of occurrence: 12-18-23

State which of your federal constitutional or federal statutory rights have been violated:

8th Ammendment Cruel and Unusual punishment.

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

On or about 12-17-2023, During a 9pm count I failed to get up on time and as a result made officer finley angry to the point that He officer finley loudly stated " iF your Not up in time for count tomorrow Im going to bring a team down Here and were gonna Beat your ASS". the next morning I reported it to the Warden (Richs). The next day Lt Jastal Called me to his office and told me I was being placed in Special Housing restriction pending S.I.S. investigation. Transport Officers came to transport me from FCI Butner 1 to FCI Butner 2. The Transport officers were Tighe and FINley. This was all

| Who did what to you? |

a malicious form of retaliation, for Reporting officers finleys misconduct to warden and to the region through my mother Robbie Acuna Reporting the officer finleys Threat to me, to region via online. Upon Arrival to Special Housing unit. LT Reynolds told me NO SIS investigation existed. I was being placed in Special Housing pending disciplinary for threatening an officer (Finley). Allegedly.

**What happened to you?**

As I was climbing into transport vehicle as ordered by officer tighe I was offered NO support while trying to climb into a transport vehicle (VAN) while in full Restraints. Cuffs, belly chains, shackles, resulted in me falling becoming injured. once on the ground after falling Due to officer tighes neglegence to support me I was ordered by officer to tighe to get up at which point I expressed the need for serious medical Attention due to the severity of my injurys at which point officer tighe and finley began yelling at me. and calling me names. Finaly officer tighe radioed in the situation in which at this point LT JASTAI And multiple other officers Arrived to the scene and once LT JASTAI ordered me up. I again expressed the need for medical Attention Due to injurys in which caused me to not be able to get up. at this point LT JASTAL ordered several officers to pick

**When did it happen to you?**

me up by the chains on my body restraining me and very roghly shoved me into the rear of the transport vehicle Head first In which cause more, injurys to my finger leaving me without full use of my right Hand in which is my dominant. and also injuring my neck. and spine from landing upside down in the floorboard of the vehicle in which Still to this day Ive been given No medical Attention for.

① This took place on 12-18-23 around 1:45 pm at parking lot of FCI Butner I medium parkinglot, Where Inmates are loaded and unloaded in which is

**Where did it happen to you?**

security cameras.

Case 5:24-ct-03097-M-RJ     Document 1     Filed 04/25/24     Page 6 of 10

**What was your injury?**

I've suffered injuries to my right elbow, Hip and neck, forehead and pinky finger of Right Hand. I've underwent orthopedic therapy for my right finger ~~disolated~~ - No medical treatment for neck or elbow. None other than my finger

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint?  ☑ Yes  ☐ No

If no, explain why not:

I filed administrative remedys in which disappeared. on 4·11·24 I went to speak with counseler Remaner and was told by Her that one was Not any longer in the system and left me unsure on How to procede. and the other one I filed was still with region. I feel Im in danger.

Is the grievance process completed?  ☐ Yes  ☑ No

If no, explain why not: Because my Bps are not being proessed or answered and officers are maliciously retaliating on me for filing reports. Ive been written several disciplinary reports for medicatians found in my system perscribed to me by my docter. my property has been taken, my Account Frozen and officers are saying they Have a plan For me. that will be executed soon. officer finley put out the word to inmates that He will pay to Have me taken care of. I feel threatened and unsafe.

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

Due to the extent of my injurys it will be Hard for me to work and support myself When I am relcased. I would like to be Compensated to the Highest amount the law AllOWS, moneturaly.

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?          ☐ Yes     ☒ No

If yes, how many?  *Zero*

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

NA

Case 5:24-ct-03097-M-RJ     Document 1     Filed 04/25/24     Page 9 of 10

## IX.  PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

4-11-2024

Dated

_Raymondo Acuna_

Plaintiff's Signature

RAYMONDO CHRISTopHER Acuna

Printed Name

53913-177

Prison Identification #

P.O. Box 1000    BuTNER    North Carolina 27509

Prison Address          City              State      Zip Code