9589 0710 5270 1748 0104 57

**FILED**

MAR 0 3 2025

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ /l⟋____ DEP CLK

# United States District Court
### Eastern District of North Carolina
### Western Division

## Case No. **5:24-ct-3097-M**

(To be filled out by Clerk's Office only)

~~Raymondo Acuña~~

Raymondo Christopher Acuña

Inmate Number **5 3913 - 177**

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

AMENDED
# COMPLAINT

*(Pro Se* Prisoner)

Jury Demand?
☑ Yes
☐ No

Warden Mr. Ricks, FCI Butner; LT. M. Jastal; Ofc. Finley; Ofc. Tighes; Ms. Jefferson Case Manager; M Halls, MD.; Jean Doe, RN/John Doe, et. al.

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

---

## <u>NOTICE</u>

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Case 5:24-ct-03097-M-RJ     Document 27     Filed 03/03/25     Page 1 of 10

## I.    COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☐    42 U.S.C. § 1983 (state, county, or municipal defendants)

☑    Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

☐    Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

## II.    PLAINTIFF INFORMATION

Raymond Acuna
Name

53913-177
Prisoner ID #

Federal Correctional Complex (FCC) Coleman
Place of Detention

P. O. Box 1034
Institutional Address

Coleman          , FC 33521
City                          State              Zip Code

## III.    PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐    Pretrial detainee  ☐ State      ☐ Federal

☐    Civilly committed detainee

☐    Immigration detainee

☐    Convicted and sentenced state prisoner

☑    Convicted and sentenced federal prisoner

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: Ricks
Name

Warden FCI BUTNER
Current Job Title

P.O. Box 1000
Current Work Address

ButNer, NC 27509
City          State          Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

Defendant 2: L.T. M. Jastal
Name

LieutenaNt at FCI ButNer
Current Job Title

P.O. Box 1000
Current Work Address

ButNer, NC 27509
City          State          Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

## Defendant(s) Continued

Defendant 3: _Ofc. Tighes_
Name

_Correctional Officer FCI Butner_
Current Job Title

_P. O. Box 1000_
Current Work Address

_Butner, NC 27509_
City      State      Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

Defendant 4: _Ms. Jefferson FCI Butner_
Name

_Case Manager_
Current Job Title

_P.O. Box 1000_
Current Work Address

_Butner, NC 27509_
City      State      Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

Defendant 5: Mr. M. Halls, M.D. at FCI Butner, NC.    ☑ both

Defendant 6: John & Jean Doe's, RN who cared and attended to his care. ☑ both

## V. STATEMENT OF CLAIM

Place(s) of occurrence: _Butner #1 & #2 - FCI, North Carolina_

Date(s) of occurrence: _The weekend leading to December 17-18, 2023 and beyond._

State which of your federal constitutional or federal statutory rights have been violated:

_Violation of Civil Rights protected by The United States Constitution._

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

| Who did what to you? |
|---|

The Plaintiff Mr. Raymondo Acuna generally alleged in his Original Complaint violations of 8th Amendment rights at FCI Butner occuring on and before the weekend of December 17th To 18th, 2023. Id. at 5. (Doc. 14, 11-01-2024).

The Plaintiff will reallege and incorporate each and every allegation filed in his Original Complain from each and every paragraph stated thereof. Specifically, states that on The weekend leading to December 17th, 2023, after he failed to get up for 9:00 p.m. Count, Ofc. Finley Told him "[I]f you're not up in Time for Count Tomorrow, I'm going to bring a Team down here and we're gonna beat your ass [sic]," Plaintiff reported Finley's And Region via p[...] To Warden; The next day, LT. Tastal Told him That (Mr. Acuna) was being placed in The "Special Housing Restriction" pending "SIS Investigation"; Transport arrived To Take him From Butner #1 To Butner #2. Thereupon, once he arrived at Butner #2 he was Told There was no "SIS Investigation" and he was being placed in The disciplinary proceedings for Threatening ofc. Finley, circa

1) Telephone recorded from Mrs. Robbie Acuna and her son [...] as evidence.

Case 5:24-ct-03097-M-RJ   Document 27   Filed 03/03/25   Page 5 of 10

**What happened to you?**

8:45 p.m on December 18th, 2023, in The FCI Butner #1 parking lot, as Mr. Acuna attempted to! climbed into The Transport vehicle in full restraits, he was offered [No] help and as consequence he fell and injured himself, The injuries suffered are attributed To Negligence of ofc. Tighes and his retaliatory actions. Thereupon, when ofc. Tighes directed Mr. Acuna To get up, Plaintiff Told ofc. Tighes That he needed Medical attention due To severity of his injuries; both ofc's Tighes and ofc. Finley started yelling at him, and Tighes radioed for assistance. LT. H. Jastal arrived and ordered Mr. Acuna To get up, but Mr. Acuna again repeated That he needed Medical attention due To The severity of his injuries

**When did it happen to you?**

for which Mr. Acuna Could Not Comply. Thereafter, LT. Jastal ordered several ofc's To pick him up by The chains; he was roughly shoved headfirst into The Transport vehicle causing Plaintiff To suffer Further injury To his finger, leaving him without The full use of his right hand; his neck, showders, elbow and spine were also injured from landing on The floorboard of The vehicle, but he received No Medical attention for Those injuries Id at 5-6 (Doc. 14) date: 11-01-2024. Moreover, due To Continued Wanton and willful disregard of Medical Department at FCI Butner around Dec. 20, 2023, The Medical person

**Where did it happen to you?**

who attended him deliberatly gave false Testimony (Lied) without Taking any X-rays of other Thun/Finger with Wanton and willful disregard about Mr. Acuna Medical problem and needs. Nonetheless, after long periods of undergoing excruciating pains Mr. Acuna received "orthopedic therapy" but only for The finger +Jast, Doc. 14 11-01-2024). Furthermore, Mr. Acuna realleges

Page 6 of 10

> **What was your injury?**

That That Since The above "incident postdated December 17 To 18, 2023, where he suffered violations to his protected Constitutional rights, his Case Manager Ms. Jefferson deliberately with wanton and willful disregard Sabotaged his Security total points in order To raise his Custody Security points in order to raise his custody to be placed on a United States prison, instead of, an FCI. Such action is done because The Plaintiff reported The above cited off's misconduct. Such action by MS. Jefferson Caused him To Suffer deprivation of visitation, Suffering in not being able To See his Mother More often, higher Security Threat assessment, Not Crediting his First Step Act qualifications, etc... causing severe hardship To his family and himself. Plus, is against federal prison policy To retaliate for reporting officer's erroneous actions for which Jefferson is actionable at This Time.

Moreover, Mr. Ricks Warden at FCI Butner was Made aware of his subordinates Threats by Mr. Acuna Mother, and from Mr. Acuna but failed To properly act To prevent The Violation of Constitutional rights and escalate to became unmanageable. In fact, On The phone Call Made by Mr. Acuna To his Mother Mrs. Robbie Acuna December 17, 2023, To report The Threat Made against him... his Mother reported it To Region and Region Sent a Copy To The Warden who failed To properly act To resolve The Situation without a Violation of Constitutional Rights. Also, Doctor Hall (surgeon) was schedule To perform operation July 29, 2024, To Mr. Acuna with Wanton and deliberate indifference postponed it and Still Mr. Acuna does Not have his operation done. MR Acuna was left in this poor condition.

## VI.    ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint?    ☑ Yes    ☐ No

    If no, explain why not:

Tried TO No avail

Is the grievance process completed?    ☑ Yes    ☒ No

    If no, explain why not:

N/A because Remedys kept disapearing and counseler Kemmerer would not give me the next step to move foward without Response. I would try to Resubmit and again I would get no Response and I would be subject to further Retalitory behavior every Time I would Attempt to Re File. Kemmer would tell me Extensions were gotten and I had to wait, I never received Responses, Remedys were intentionally made unavailable.

## VII.    RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

Punitive Damages and Compensatory Damages as the law allow for relief Concerning the issues raised; Any and all relief it deems Just and proper

## VIII.  PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?     ☐ Yes   ☑ No

If yes, how many?  _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

N/A

## IX. PLAINTIFF'S CERTIFICATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

2·6·25

Dated

Plaintiff's Signature

RAYMOND ACUÑA

Printed Name

53913-177

Prison Identification #

FCC Coleman USP #2

P. O. Box 1034 , Coleman, FL 33521

Prison Address          City          State     Zip Code